UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID TROUPE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HAMMOND, MICHAEL FURST, STEVEN JEWITT, JO PHILLIPS, JANE DOE, JOHN DOE, and WCC JOHN DOE,<br><br>　　　　　　　　Defendants. | No.　4:17-CV-05020-EFS<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On February 23, 2017, Plaintiff David Troupe, a prisoner at the Washington Corrections Center, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. However, the accompanying application to proceed in forma pauperis (IFP) was deficient. *See* ECF Nos. 5 & 6. Then, on May 23, 2017, Plaintiff filed another IFP application. ECF No. 8. On September 11, 2017, the Court found Plaintiff's application to proceed IFP should be denied and warned Plaintiff that if he did not pay the filing fee or show cause why he should be granted IFP status by no later than Friday, October 13, 2017, the Court would dismiss this action. *See* ECF No. 14. Plaintiff failed to do either.[1]

---

[1] On October 16, 2017, Plaintiff filed a "Motion to Withdraw Suit Due to Conflict with Edward F. Shea, and Request to Scan All Records Re this Case

ORDER DISMISSING CASE WITHOUT PREJUDICE-- 1

For the reasons stated in the Court's prior order, ECF No. 14, and because Plaintiff has failed to either pay the filing fee or show he should be granted IFP status by the October 13, 2017 deadline, the Court dismisses this case without prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

   **1.**   All claims are **DISMISSED WITHOUT PREJUDICE**.

   **2.**   All pending motions are **DENIED AS MOOT.**

   **3.**   All hearings and other deadlines are **STRICKEN.**

   **4.**   The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this   17th   day of October 2017.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

---

to Plaintiff." ECF No. 16. However, even if the Court were to consider this late filing, it did not address whether Plaintiff should receive IFP status, nor did it indicate that Plaintiff intended to file the requisite fee.

Q:\EFS\Civil\2017\17-CV-5020;Troupe.Hammond.Dismiss for Failure to Pay.LC1.docx

ORDER DISMISSING CASE WITHOUT PREJUDICE-- 2